## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

ALBERT SHINGLETON,      )
                                     )
            Plaintiff,     )
                                     )
vs.                             )     Case No. CIV-18-838-PRW
                                     )
NANCY A. BERRYHILL,     )
Acting Commissioner of Social     )
Security Administration,     )
                                     )
           Defendant.     )

## <u>ORDER</u>

On May 2, 2019, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which Plaintiff seeks judicial review of the final decision of Defendant that he was not "disabled" under the terms of the Social Security Act, 42 U.S.C. §§ 405(g), 423(d)(1)(A) (Dkt. 20). The Magistrate Judge recommends Defendant's decision in this matter be reversed and remanded for further administrative proceedings consistent with the Report and Recommendation. The parties were advised of their right to object to the Report and Recommendation by May 23, 2019, and Defendant did so on that date (Dkt. 21).

Having carefully reviewed this matter de novo, the Court:

(1)    **ADOPTS** the Report and Recommendation (Dkt. 20) issued by the Magistrate Judge on May 2, 2019,

(2)    **REVERSES** the decision of Defendant,

(3)    **REMANDS** for further administrative proceedings consistent with the Report and Recommendation, and

(4)     **ORDERS** that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 13th day of September, 2019.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE